# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **KENNETH TYRONE CHATMAN,** | ) | **CASE NO. 7:16CV00540** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **HAROLD W. CLARKE,** | ) | **By: Norman K. Moon** |
| Respondent. | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The Respondent's motion to dismiss (ECF No. 8) is **GRANTED**;

(2) This action is **STRICKEN** from the active docket of this court; and

(3) Concluding that Chatman has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 19th day of September, 2017.

                                                         NORMAN K. MOON
                                                        UNITED STATES DISTRICT JUDGE